IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| E.B., ETC., ET AL.,<br>    Plaintiffs,<br><br>v.<br><br>WOODLAND HILLS SCHOOL<br>DISTRICT,<br>    Defendant. | )<br>)<br>)<br>) Civil Action No. 10-442<br>)<br>)<br>)<br>) |

**ORDER**

AND NOW, this 19th day of November, 2010, upon consideration of the parties' Cross Motions to Enforce Settlement Agreement [documents #37 and 39], IT IS HEREBY ORDERED that the above captioned civil action is settled and the Clerk of Court is directed to mark this CASE CLOSED.

IT IS FURTHER ORDERED that defendant's counsel shall deposit into the Registry of the Clerk a check in the amount of the negotiated settlement proceeds. The Clerk shall act as custodian of these proceeds until such time as they are to be released to plaintiffs' counsel when ordered by the Court. If said funds still remain held in the registry of the court for a period of five (5) years from the date of this order, funds are to be transferred to the U.S. Treasury's Unclaimed Fund account in accordance with 28 U.S.C 2042.

BY THE COURT:

_____, C.J.
Gary L. Lancaster,
Chief United States District Judge

cc: All Counsel of Record

    Clerk of Court,
    Finance Section