UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| E.B., a minor, et al, | CIVIL ACTION NO: 10-442 |
| Plaintiffs, | MOTION FOR STATUS CONFERENCE |
| v. | FILED ON BEHALF OF: |
| WOODLAND HILLS SCHOOL DISTRICT, | E.B., a minor, et al |
| Defendant. | COUNSEL FOR PLAINTIFFS: |

**COUNSEL FOR DEFENDANT:**

SUSAN T. ROBERTS, ESQUIRE
Peacock Keller & Ecker LLP
70 East Beau Street
Washington, PA 15301

FRANK G. ADAMS, ESQUIRE
Peacock Keller & Ecker LLP
70 East Beau Street
Washington, PA 15301

EUGENE A. LINCOLN, ESQUIRE
Attorney's State ID No. 26423
900 Allegheny Building
429 Forbes Avenue
Pittsburgh, PA 15219

AND NOW, THIS 27 DAY OF Dec, 10, IT IS HEREBY ORDERED THAT THE WITHIN MOTION IS DENIED.

GARY L. LANCASTER,
UNITED STATES DISTRICT JUDGE