IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

E.B., ETC., ET AL.,          )
        Plaintiffs,           )
                              )
    v.                        )   Civil Action No. 10-442
                              )
WOODLAND HILLS SCHOOL         )
DISTRICT,                     )
        Defendant.            )

## ORDER

AND NOW, this 21 day of April, 2011, upon consideration of the parties' Stipulation of Dismissal Pursuant to Federal Rule of Civil Procedure 41 [document #54], IT IS HEREBY ORDERED that the Stipulation is approved the instant case is closed, with prejudice.

IT IS FURTHER ORDERED that the Clerk of Court shall release the negotiated settlement proceeds in this case, deposited into the Registry of the Clerk by order dated November 19, 2010, payable to plaintiffs' counsel, Eugene A. Lincoln.

BY THE COURT:

_____, C.J.
Gary L. Lancaster,
Chief United States District Judge

cc: All Counsel of Record

    Clerk of Court,
    Finance Section